### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### HATTIESBURG DIVISION

**PHILLIP JOSEPH, #62612**                                                                    **PLAINTIFF**

**VERSUS**                                                          **CIVIL ACTION NO. 2:06cv97KS-JMR**

**CHRISTOPHER EPPS, GAIL WILLIAMS, AND**
**RONALD KING**                                                                               **DEFENDANTS**

### ORDER

The plaintiff, an inmate currently incarcerated in South Mississippi Correctional Facility, filed this complaint on April 14, 2006, pursuant to 42 U.S.C. § 1983. Upon further review of the pleadings and the Court records in this cause, it appears that a clerical error was made concerning the filing fee in this Court's order of April 17, 2006 [5-1]. The order [5-1] incorrectly referred to the filing fee amount as $250.00. However, effective April 9, 2006, the filing fee in a civil action is $350.00. Accordingly, it is

ORDERED:

1.) That the United States District Court is hereby directed to mail a copy of this order to the plaintiff at his last known address, for the purpose of notifying the plaintiff of the clerical correction to this Court's order of April 17, 2006 [5-1].

THIS, the 25th day of April, 2006.

                                                        s/John M. Roper
                                                        CHIEF MAGISTRATE JUDGE